IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAUL M. COTTO-RIVERA,** | : | |
| Petitioner | : | No. 1:17-cr-00162 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| Respondent | : | |

## ORDER

**AND NOW**, on this 21st day of June 2022, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner Raul M. Cotto-Rivera's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. No. 109) is **DENIED**;

2. A certificate of appealability **SHALL NOT ISSUE**; and

3. The Clerk of Court is directed to **CLOSE** civil case number 1:21-cv-00805.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania